UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81738-AHS

CHAD ROKOVITZ,
PLAINTIFF(s),
v.
CENTURY HEALTH AND LIFE, LLC,
DEFENDANT(s).
_____/

### MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on October 18, 2023. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

    ☒ All Plaintiffs and their respective trial counsel.
    ☒ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

    ☒ AGREEMENT.
A partial/**final agreement** was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

    ___ NO AGREEMENT.
The parties did not reach an agreement.

    ___ These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

CERTIFICATE OF SERVICE

I hereby certify that on 10/18/23 a true and correct copy of the above was sent via Electronic Mail to: **Avi Kaufman, Esquire**, at kaufman@kaufmanpa.com; rachel@kaufmanpa.com; and to **Jason S. Weiss, Esquire**, at Jason@jswlawyer.com; shameka@jswlawyer.com.

Respectfully submitted,

Steven R. Jaffe, Mediator
Mediator # 35295R
Upchurch Watson White & Max
Phone: 800-863-1462 Fax: 954-334-2838
sjaffe@uww-adr.com