UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81738-CIV-SINGHAL

CHAD ROKOVITZ, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

CEBTURY HEALTH AND LIFE LLC, a
Florida limited liability company,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Disposition Report (DE [23]) filed on October 18, 2023, stating that the parties have settled the case in full. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. The parties shall submit a Joint Stipulation for Settlement by **November 23, 2023.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of October 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF