UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81738-CIV-SINGHAL

CHAD ROKOVITZ, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

CENTURY HEALTH AND LIFE LLC, a
Florida limited liability company,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Stipulation of Dismissal (DE [25]).  Plaintiff asks for this Court to dismiss all claims of the Plaintiff, individually, with prejudice.  Plaintiff requests that all claims of any other member of the alleged class be dismissed without prejudice.  The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.  Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**, and all claims of any other members of the alleged class are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 6th day of November 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF